UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LINDA SLADE, Individually and as the representative of a class of similarly situated persons

                Plaintiff,

v.

LG HOUSEHOLD AND HEALTH CARE AMERICA, INC. d/b/a Belif,

                Defendant.

Index No. 1:19-cv-11117 (JMF)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by their undersigned counsel, that the above-captioned action be dismissed in its entirety with prejudice and without costs or attorneys' fees to any party against the other, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

Dated: New York, New York
       February 4, 2020

HOGAN LOVELLS US LLP

By: _____
Michael E. DeLarco
390 Madison Avenue
New York, NY 10017
Telephone: (212) 918-3000
Michael.delarco@hoganlovells.com
*Attorneys for Defendant*

SHAKED LAW GROUP, P.C.

By: _____
Dan Shaked
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Telephone: (917) 373-9128
ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*